THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LANCELOT M. BERKELEY, Appellant.—Judgment modified by reducing sentence to the time already served and as so modified affirmed. No opinion. Present — Martin,

P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Callahan, J., dissent and vote to affirm.